UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A.# 05-10676-JLT

PATRICIA GRAEBEN
Plaintiff

v.

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Defendant

**PLAINTIFF'S MOTION FOR 60 DAY EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS, TO ALLOW TIME TO COMPLETE SETTLEMENT DISCUSSIONS AND/OR MEDIATION**

Plaintiff Patricia Graeben, through counsel, hereby respectfully requests that she be allowed an extension of time of 60 days to complete service on Defendant in this action, up to and including October 3, 2005. As grounds for this motion, Plaintiff states as follows:

1. Returns of service of process are currently scheduled to be filed in this action no later than August 4, 2005.

2. Since the filing of this action several months ago, counsel for the parties have been involved in settlement discussions, and at present may be close to resolving this dispute.

3. Should Plaintiff have to serve the complaint in this action on Defendant, it is highly likely that the parties will be less flexible in their settlement postures, and that it will not be possible to resolve this action without proceeding with this litigation.

4. Should the parties be allowed additional time in which to negotiate, without the need for Defendant to have to answer the complaint in this action, it is likely that either through negotiations between counsel or through mediation (which has been discussed by counsel) this action may be resolved without further litigation.

1

5. It is the belief of counsel for Plaintiff that an extension of the period in which to file returns of service of sixty days will be adequate to enable the parties to resolve this matter. If resolution is not accomplished, the extension will allow Plaintiff adequate time in which to complete service of process.

For all of the foregoing reasons, it is respectfully requested that this motion be allowed, and Plaintiff be allowed an extension of time of 60 days in which to complete service of process, up to and including October 3, 2005.

Respectfully submitted,

Patricia Graeben
By her attorney

_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360