# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

2005 OCT 3 P 1:32

U.S. DISTRICT COURT
DISTRICT OF MASS.

## SUMMONS IN A CIVIL CASE

V.

Commonwealth of Massachusetts Department of Corrections

CASE NUMBER: 5 - 10676 JLT

TO: (Name and address of Defendant)

Commonwealth of Massachusetts Department of Correction
50 Maple St,
SR 3
Milford MA 01757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

4/6/2005

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**COMMONWEALTH OF MASSACHUSETTS**
**United States District Court, District of Massachusetts**
**Docket/Case No: 05-10676 JLT**

I hereby certify and return that today, September 27, 2005, at 2:40 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Commonwealth of Massachusetts Department of Correction, by giving in hand to Michelle Farrell, Administrative Asst. and Agent in Charge. Said service was effected at: 50 Maple Street, Suite 3, Milford, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 27, 2005.

Elizabeth Lee Fuller

**Elizabeth Lee Fuller**, Process Server
& Disinterested Person over Age 18.

**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston , MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax

Total Fees: Total Price: $63.00

☐ Other (specify): ______________________

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ *Signature of Server*
Date

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.