# UNITED STATES DISTRICT COURT

District of _____

[Plaintiff name illegible]

V.

[Defendant name illegible]

FILED
IN CLERKS OFFICE
2005 OCT -3 P 1:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-10676 JLT**

TO: (Name and address of Defendant)

[handwritten, illegible — appears to read: Attorney General, Commonwealth of Mass., One Ashburton Place, 20th Fl., Boston, MA 02108]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

[handwritten, illegible]

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                           9/16/2005

CLERK                                       DATE

(By) DEPUTY CLERK

**COMMONWEALTH OF MASSACHUSETTS**
United States District Court, District of Massachusetts
Docket/Case No: 05-10676 JLT

I hereby certify and return that today, September 26, 2005, at 3:00 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Attorney General of the Commonwealth of Massachusetts, by giving in hand to Christine Wilson, Receptionist and Agent in Charge. Said service was effected at: Attorney General of the Commonwealth of Massachusetts, One Ashburton Place, 19th Floor, Boston, MA 02108.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 26, 2005.

_Barbara L. BeDugnis_
**Barbara L. BeDugnis**, Constable
& Disinterested Person over Age 18.   Total Fees: Total Price: $36.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston, MA, 02108-2519
(617) 523-1036, (617) 723-4247 Fax

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.