*Ronny M. Sydney*
*Counselor at Law*

370 Washington Street
Brookline Village, MA 02445

(617) 731-0929
Fax: (617) 566-6144
ronnysydney@aol.com

Cherie J. Poirier
Paralegal

February 13, 2007

PRIORITY MAIL

Zita Lovett
Courtroom Clerk to the
 Honorable Joseph L. Tauro
Suite 7110
Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

RE:    **Graeben v. Commonwealth of Massachusetts**
       **CIVIL ACTION NO.: 05-10676-JLT**

Dear Ms. Lovett:

I am writing to confirm the conversation I had with you on Monday, February 12, 2007. Specifically, I informed you that the above captioned matter had been settled by the parties approximately nine months ago.

As the Commonwealth had not yet entered an Appearance or filed an Answer as of the time the settlement was completed, apparently no Stipulation of Dismissal was filed. Please let me know if you will require that a Stipulation of Dismissal be filed in this action, or whether this letter will suffice.

Thank you very much for your help with this matter.

Very truly yours,

Mitchell J. Notis

MJN:cjp